UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ALEXANDER-CAMPOS,<br><br>    Plaintiff,<br><br>    v.<br><br>B.O.S.S. BILLIONAIR CONGLOMERATE,<br><br>    Defendant. | Case No. 22-cv-01799-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 6 |

    Plaintiff, a former detainee, has filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice and the pending motion (Docket No. 6) is **DENIED** as moot. *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: July 5, 2022

                                                /s/ Phyllis J. Hamilton
                                             PHYLLIS J. HAMILTON
                                             United States District Judge